IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARK ORTEGA, individually and on behalf of all others similarly situated,<br><br> Plaintiff,<br><br>v.<br><br>ENSURETY VENTURES, LLC, a Missouri Limited Liability Company,<br><br> Defendant. | Case No. 5:24-cv-00801-OLG |

### NOTICE OF FILING AMENDED CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7 (g) and the Court's Order entered on October 23, 2024, the undersigned attorney certifies that counsel for Defendant Ensurety Ventures, LLC has conferred with counsel for Plaintiff Mark Ortega in a good-faith effort to resolve the issues raised in Defendant's Partial Motion to Dismiss Plaintiff's Complaint and Incorporated Memorandum of Law [Dkt. No. 4] ("Defendant's Motion"), however the parties were unable to reach a resolution regarding Defendant's Motion. On October 25, 2024, Plaintiff's counsel confirmed that Plaintiff opposes Defendant's Motion.

Dated: October **29th**, 2024.  Respectfully submitted,

            By: */s/ Eliot New*
               ELIOT NEW
               Texas State Bar No.: 24060328
               Email: eliot.new@gmlaw.com
               JAMEY R. CAMPELLONE
               *Pro Hac Vice Anticipated*
               Fla. Bar No. 119861
               Email: jamey.campellone@gmlaw.com
               Email: gabby.mangar@gmlaw.com
               **GREENSPOON MARDER LLP**
               200 East Broward Blvd., Suite 1800
               Fort Lauderdale, Florida 33301
               Telephone: (954) 491-1120

               *Attorneys for Defendant Ensurety Ventures, LLC*

58857576v1

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on this **29th** day of October, 2024, a copy of the foregoing <u>Notice of Filing Amended Certificate of Conference</u> was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                        By: */s/ Eliot New*
                                ELIOT NEW

58857576v1