# Exhibit A

3 MESSAGES                                                                                           Summarize

---

**Found in Sent – Mortega@Utexas.edu Mailbox**

**Mark Ortega**                                                                  March 18, 2025 at 6:34 PM
Ensurety Ventures Scheduling Order and Joint Discovery Plan
To: Jamey Campellone,   Cc: eliot.new@gmlaw.com,   Gabby Mangar                      Details

Hi Jamey and Eliot,

The Proposed Scheduling Order and Joint Discovery Plan are due tomorrow (March 19, 2025). I've attached my edits if you could please fill in your answers so we can get this filed. Also I'm not sure if Eliot or Jamey is the attorney in charge for the signature line but whoever is let me know if I have your permission to sign electronically on your behalf once we complete the both documents. Thank you

Regards,

Mark Anthony Ortega

[PDF] Joint Discovery Case Management Plan - …         [PDF] Proposed Scheduling Order - Ensurety…

---

**Jamey Campellone**                                                                              2:27 PM
RE: Ensurety Ventures Scheduling Order and Joint Discovery Plan
To: Mark Ortega,   Cc: Eliot New,   Gabby Mangar                                      Details

Mark,

Thank you for sending this to my attention. I was out of the office as you may have noticed from my away message. Can you please send me these documents in Word to I can address Defendant's positions?

Thank you,

Jamey

**Greenspoon Marder** LLP

**Jamey R. Campellone, Esq.**
Greenspoon Marder LLP
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Direct Phone Number: 954-527-6296
Office Phone Number: 954-491-1120 | Ext. 2304
jamey.campellone@gmlaw.com
www.gmlaw.com

**From:** Mark Ortega <mortega@utexas.edu>
**Sent:** Tuesday, March 18, 2025 7:35 PM
**To:** Jamey Campellone <Jamey.Campellone@gmlaw.com>
**Cc:** Eliot New <Eliot.New@gmlaw.com>; Gabby Mangar <Gabby.Mangar@gmlaw.com>
**Subject:** Ensurety Ventures Scheduling Order and Joint Discovery Plan

See More

GREENSPOON MARDER LLP LEGAL NOTICE
The information contained in this transmission may be attorney/client privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail.

Unless specifically indicated otherwise, any discussion of tax issues contained in this e-mail, including any attachments, is not, and is not intended to be, "written advice" as defined in Section 10.37 of Treasury Department Circular 230.

