IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA<br>*Plaintiff*, | §<br>§<br>§ | |
| v. | §<br>§ | Case No. 5:24-CV-00801-OLG |
| Ensurety Ventures, a Missouri Limited<br>Liability Company,<br>*Defendants*. | §<br>§<br>§<br>§ | |

**PROPOSED SCHEDULING ORDER**

The disposition of this case will be controlled by the following schedule:

1. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **June 13, 2025** and each opposing party shall respond, in writing, by **June 27, 2025**.

2. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **July 30, 2025**.

3. All parties asserting claims for relief shall FILE their designation of testifying experts and SERVE on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **September 30, 2025**. Parties resisting claims for relief shall FILE their designation of testifying experts and SERVE on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **October 31, 2025**. All designations of rebuttal experts shall be FILED, and the materials required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts, to the extent not already served, shall be SERVED, within 14 days of receipt of the report of the opposing expert.

4. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within (14) days of receipt of the written report of the expert's proposed testimony, or within (14) days of the expert's deposition, if a deposition is taken, whichever is later.

5. The parties shall complete all discovery on or before **January 30, 2026**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

6. All dispositive motions shall be filed no later than **February 28, 2026**. The timing and page limitations for briefing on any motion shall be governed by the relevant provisions in Local Rule CV-7.

7. The parties shall mediate this case on or before **February 14, 2026** and file a report in accordance with Local Rule CV-88 after the mediation is completed.

8. This case is set for pretrial conference on **March 2, 2026** at 9:30am. The parties should consult Local Rule CV-16 regarding matters to be filed in advance of a pretrial conference and/or trial.

9. This case is set for jury selection/bench and trial on **March 11, 2026** at 9:30 a.m.

Respectfully Submitted,

**Plaintiff:**

*/s/ Mark Anthony Ortega*
Mark Anthony Ortega
Plaintiff
PO Box 702099,
San Antonio, TX 78270
(210) 744-9663
mortega@utexas.edu

-AND-

**GREENSPOON MARDER LLP**

By:_____
**JAMEY R. CAMPELLONE**
Jamey.campellone@gmlaw.com
200 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
(954) 491-1120
**ATTORNEY IN CHARGE FOR DEFENDANT ENSURETY VENTURES LLC**

**OF COUNSEL:**

**ELIOT NEW**
Eliot.new@gmlaw.com
**GREENSPOON MARDER LLP**
200 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
(954) 491-1120

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing document has been properly delivered pursuant to the Federal Rules of Civil Procedure on March 19, 2025 to the following counsel of record:

**ELIOT NEW**
Eliot.new@gmlaw.com
**JAMEY R. CAMPELLONE**
Jamey.campellone@gmlaw.com
Gabby.mangar@gmlaw.com
**GREENSPOON MARDER LLP**
200 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
(954) 491-1120
**Attorneys for Defendant Ensurety Ventures, LLC**


                                  */s/ Mark Anthony Ortega*
                                  Mark Anthony Ortega